Appendix 2 to DCD 185-002

458 Shropshire

**Informal Inmate Complaint Form**

EXHIBIT 1

Name: Antonio Shropshire
DOC #: 2300324

Housing Location: D 21
Date: 10-20-17

The subject of my complaint is: (check one)

___ 1. Classification
___ 2. Institutional Programs
___ 3. Mail and Packages
___ 4. Visiting Procedures and Telephone Calls
___ 5. Commitment
___ 6. Property and/or Clothing
___ 7. Payroll
___ 8. Disciplinary Matters (excluding adjustment hearing decisions)
___ 9. Complaints against Staff or Others
___ 10. Institutional Operations
___ 11. Dietary
X 12. Other (explain): LEGAL MAIL, NOTES, MAP OF TRIAL DEFENSE

RECEIVED NOV 06 2017 CDF Audit Office

**A.  Complaint (Inmate)**

Briefly describe your complaint, including the date of the incident, the persons involved, and the remedy you are seeking.

ON 10-13-17 MY CELL WAS SEARCHED AND ALL MY LEGAL MAIL AND MAIL WAS TAKEN BY LT. HARCUM MY TRIAL HAS SINCE STARTED ON 10-16-17 I NEED MY LEGAL NOTES, MAP OF TRIAL DEFENSE BACK NOBODY IS TELLING ME WHERE MY THINGS ARE. MY LAWYER CLIENT PRIVILEGE HAS BEEN VIOLATED. I WANT TO KNOW WHERE MY THINGS WILL AFTER

**B.  Response (Staff)** LT. HARCUM TOOK THEM AND WHERE THEY WIT AFTER THAT

Complete and return to Department Head/Shift Commander
by _____ (Name)

See attached

Submitted by: Lt. R. Pettus   Date: 11/20/17
Approved by: Lt. R. Pett   Date: 11/20/17
Department Head/Shift Commander

DOC Form 185-002bR (Rev. 02/11)

Letters of Appeal must be received in The Warden's Office within 10 - Calendar