Shropshire ID# 626 37-037



# Department of Public Safety and Correctional Services

## Division of Pretrial Detention and Services
## Chesapeake Detention Facility
401 EAST MADISON STREET, BALTIMORE, MARYLAND 21202
(410) 539-5445• FAX (410) 332-4561 • TOLL FREE (877) 379-8636 • V/TTY (800) 735-2258 • www.dpscs.maryland.gov

STATE OF MARYLAND

LARRY HOGAN
GOVERNOR

BOYD K. RUTHERFORD
LT. GOVERNOR

STEPHEN T. MOYER
SECRETARY

WILLIAM G. STEWART
DEPUTY SECRETARY
ADMINISTRATION

J. MICHAEL ZEIGLER
DEPUTY SECRETARY
OPERATIONS

RHEA L. HARRIS
ASSISTANT SECRETARY &
CHIEF OF STAFF

DAVID N. BEZANSON
ASSISTANT SECRETARY
CAPITAL PROGRAMS

MICHAEL R. RESNICK, ESQ
COMMISSIONER

LEON A. KING, ESQ.
DEPUTY COMMISSIONER

TO: Detainee Antonio Shropshire #2300324

EXHIBIT 2

FROM: Lieutenant Pettus

DATE: NOVEMBER 20, 2017

RE: Informal Complaint #458 (Legal Mail)

[X] FYI   [ ] FOR YOUR APPROVAL   [ ] RESPOND   [ ] FORWARD   [ ] HANDLE   [ ] OTHER:

Detainee A. Shropshire,

According to Informal Complaint #458; concerning legal mail that was confiscated by Lieutenant Harcum on Friday, October 13, 2017. Mr. D. Ashton (United States Marshall Services) has confirmed that your confiscated documentation has been turned over to the Federal Marshall Services. This process is out of the hands of the Chesapeake Detention Facility.