- I, ANTONIO SHROPSHIRE AFFIRM UNDER OATH AND PENALTY OF PERJURY THAT THE FOLLOWING IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF:

ON JANUARY 29, 2017 I REQUESTED A COPY OF THE DOCKET SO I COULD GET FAMILIAR WITH MY CASE (ECF 117). FROM THE DAY I WAS ARRESTED, I TOOK MY LIBERTY AND CONSTITUTIONAL RIGHTS SERIOUSLY. I BEGAN TO LEARN ABOUT FEDERAL LAW AND WHAT MY CONSTITUTIONAL RIGHTS WERE FROM THE LAW COMPUTER AT "CHESAPEAKE DETENTION FACILITY" (C.D.F). IN MAY OF 2017. I BECAME SUSPICIOUS OF MY CASE AND PERPLEXED AT THE FACT OF MY SECOND "ATTORNEY JOSEPH MURTHA" BEING MADE TO BELIEVE MY CASE WAS "AN OPEN AND SHUT CASE" AS "MURTHA" PUT IT TO ME. "MURTHA" EXPLAINED TO ME THAT HE COULD SEE I WAS SINCERE ABOUT MY CASE AND THE ONLY REASON WHY HE TOOK THE CASE WAS BECAUSE HE WAS TOLD "IT WOULD SOON BE RESOLVED" AS HE STATES IN HIS MOTION TO WITHDRAW (ECF 152). "MURTHA" WOULDN'T SAY WHO MISLED HIM, BUT IT BECAME CLEAR THAT MY LIBERTIES WERE NOT BEING TAKEN SERIOUSLY. GOING FORWARD, THAT EXPERIENCE MADE IT DIFFICULT FOR ME TO TRUST ANY LEGAL COUNSEL. THEREFORE, I DILIGENTLY STUDIED AND INVESTIGATED MY CASE SO I COULD ASK THE COURT TO REPRESENT MYSELF. DURING THE VERY FIRST MEETING I HAD WITH MY THIRD ATTORNEY "CHRISTOPHER DAVIS", THINGS BECAME CONFRONTATIONAL. IN MY OBSERVATION, HE DIDN'T LIKE THAT I KNEW SO MUCH ABOUT MY CASE, THE LAW ITSELF, AND THAT I DIDN'T WANT TO COOPERATE WITH THE GOVERNMENT. I ASKED "DAVIS" TO FILE MOTIONS, BUT ALL HE WANTED TO TALK ABOUT WAS ME GOING TO PRISON IF I DIDN'T COOPERATE WITH THE GOVERNMENT. I HAD TO ARGUE WITH "DAVIS" ABOUT EVERYTHING, DURING THE MOTION HEARING ON MAY 23, 2017 (ECF 176) IF IT WASN'T FOR ME NOTICING THE LIE "FORMER BALTIMORE CITY POLICE DETECTIVE ROBERT HANKARD" TOLD THE JUDGE IN HIS AFFIDAVIT, THE GOVERNMENT WOULDN'T HAVE AGREED NOT TO USE THE EVIDENCE. I HAD TO ARGUE WITH "DAVIS" TO SPECK UP AT THE MOTION HEARING. I HAD TO ALSO ARGUE WITH "DAVIS" TO FILE A MOTION FOR ANOTHER DETENTION HEARING. I PREPARED A LETTER FOR "DAVIS" TO ATTACH TO THE MOTION, BUT "DAVIS" REMOVED THE FIRST PAGE. IF YOU SEE (ECF 181-1) IN THE LEFT-HAND CORNER, THE PAGE NUMBER STARTS OFF AT 2, INSTEAD

OF 1. THE LETTER WAS ABOUT THE FACT I NEEDED TO BE HOME TO PREPARE FOR TRIAL AND WHAT OCCURRED WITH "MURTHA". "DAVIS" TAKING THAT FIRST PAGE MADE ME FEEL LIKE "DAVIS" WAS AGAINST ME. AFTER THE DETENTION HEARING JUNE 27, 2017 (ECF 185) "DAVIS" WANTED TO MEET WITH ME AND EXPLAINED THE GOVERNMENT WANTED ME TO COOPERATE. I DIDN'T REPLY BUT STATED "DAVID MCDOUGALL" RECKLESSLY MISLED THE JUDGE AND I WANTED HIM TO ASK FOR A FRANKS HEARING. "DAVIS" BECAME IRATE AND BEGAN YELLING THAT I WAS GOING TO PRISON FOR 30 YEARS IF I DIDN'T COOPERATE. I ASKED HIM WAS HE GOING TO FILE THE MOTION, HE GOT UP AND SAID WHEN IM READY TO COOPERATE, CALL HIM AND STORMED OUT THE ROOM. DAYS LATER I GOT LEGAL MAIL DATED JULY 3, 2017 FROM "DAVIS" WHICH LOOKED LIKE SOME KIND OF PLEA OFFER, BUT DIDN'T LOOK LIKE ANY PLEA OFFER I SEEN FROM OTHER GUYS AT C.D.F. I DIDN'T UNDERSTAND WHAT "DAVIS" SENT ME, SO I REACHED OUT TO "DAVIS" TWICE TO GET MORE INFORMATION ABOUT WHAT IT IS HE SENTME. I NEVER HEARD BACK FROM "DAVIS" SO I WROTE THE COURT ASKING FOR A NEW ATTORNEY (ECF 188), BECAUSE I DIDN'T KNOW WHY "DAVIS" DIDN'T COME SEE ME TO EXPLAIN WHAT IT WAS HE SEND ME. AT THE JUNE 19, 2017 INQUIRY HEARING (ECF 194) I EXPLAINED TO "JUDGE A. DAVID COPPERTHITE" THAT "DAVIS" IS NOT EXPLAINING TO ME ALL MY OPTIONS AND HE DIDN'T TELL ME I COULD PLEAD GUILTY WITHOUT A PLEA AGREEMENT AND HAVE MY APPEAL RIGHTS. HAD "DAVIS" EXPLAINED TO ME THE ELEMENTS OF THE PLEA, AND THAT THE PLEA WAS FOR TEN YEARS AND NOT THE MIS-CALCULATED GUIDELINES (THAT DAVIS MISLEAD ME TO BELIEVE WERE CORRECT) I WOULD HAVE TAKEN THE TEN YEAR DEAL. ON JULY 31, 2017, THE COURT RECEIVED THE MOTION FOR THE QUANTITY HEARING I FILED (ECF 204).

ON OCTOBER 8, 2017 "ATTORNEY ALFRED GUILLAUME" & "PARALEGAL JUDY KAHAN" CAME TO VISIT ME SO I COULD REVIEW THE JENCKS MATERIAL (AND THE GOVERNMENTS EXHIBIT LIST (THAT WAS GIVEN ON OCTOBER 6TH). I TOOK NOTES AS I ALWAYS DO AND ASKED QUESTIONS. I THEN WAS GIVEN A "SUMMARY" OF WHAT I BELIEVED WAS THE JENCKS MATERIAL WHICH INCLUDED THE NAMES, DATES OF BIRTHS OF WITNESSES AND WHAT WAS SAID ABOUT ME. I TOLD "GUILLAUME" THAT I WAS PREPARING SOME MATERIALS SO WE CAN

BE ON ONE ACCORD AND THAT I PLANNED ON TESTIFYING. I THEN ASKED WHEN IS THE NEXT TIME HE WOULD BE COMING BACK. "GUILLAUME" SAID HE WAS COMING BACK ON OCTOBER 15TH SO WE COULD PREPARE FOR TRIAL. DURING LOCKDOWN/COUNT TIME OF THE SAME DAY (OCTOBER 8TH) I REVIEWED THE "SUMMARY" AND NOTES I TOOK DURING THE MEETING WITH "GUILLAUME". AFTER LOCKDOWN I CALLED MY GIRLFRIEND "KELLY SCOTT" WHO'S BEEN HELPING ME WITH MY DEFENSE AND EXPLAINED TO HER WHO WAS GOING TO TESTIFY. I GAVE "SCOTT" THE WITNESSES NAMES AND DATE OF BIRTHS AND ASKED HER TO LOOK THEM UP ON "MARYLAND CASE SEARCH" TO SEE IF ANYONE HAD ANY PENDING CASES OR ANY CONVICTIONS (SEE JAIL CALL). I NEVER ASKED "SCOTT" TO SEEK ANYONE'S ADDRESS, NOR DID I GIVE "SCOTT" ANYONE'S ADDRESS. I THEN EXPLAINED THAT I DID NOT FULLY TRUST MY LAWYER AND I HAD TO ASSUME HE WASN'T FULLY FULFILLING HIS DUTIES AS MY COUNSEL. (SEE JAIL CALL). SINCE MY CONVICTION, I HAD BEEN STUDYING CASE LAW, FEDERAL RULES OF EVIDENCE AND CRIMINAL DEFENSE TECHNIQUES WHICH CAN BE FOUND ON THE LAW COMPUTER IN THE LAW ROOM AT C.D.F. I COLLECTED RAW MATERIALS FROM MY INVESTIGATION ABOUT MY CASE AND COULDN'T START PREPARING MY DEFENSE UNITL I REVIEWED ALL THE EVIDENCE. I LEARNED THAT THE JENCKS WAS THE LAST PIECE OF EVIDENCE, SO I BEGAN PREPARING MY DEFENSE. I KNEW I HAD 7 DAYS UNTIL THE NEXT MEETING WITH "GUILLAUME" WHO WAS SAID TO RETURN ON THE 15TH TO PREPARE FOR TRIAL. THE NOTES I TOOK WHILE REVIEWING DISCOVERY AND INVESTIGATING FOR THE MOST PART WERENT DISCUSSED DURING PRIOR MEETINGS WITH "GUILLAUME". WHAT I DID LEARN ABOUT THE CASE FROM OUTSIDE PARTIES, AND MY OWN INVESTIGATION I DOCUMENTED. IN ORDER NOT TO MISS ANY PERTINENT INFORMATION; I DID IN FACT REVIEW EVERY PAGE OF THE DISCOVERY AT LEASE ONCE AND TOOK SEVERAL NOTES. THERE WAS ABSOLUTELY NOTHING I HAD NO KNOWLEDGE OF IN REFERENCE TO MY CASE. PER MY PREVIOUS EXPERIENCE WITH "MURTHA" AND "DAVIS" I FELT I PERSONALLY HAD TO PREPARE FOR TRIAL. I NEVER EXPLAINED WHAT I KNEW ABOUT THE CASE TO "GUILLAUME" BECAUSE I WANTED TO SEE IF HE WAS REVIEWING DISCOVERY AND IF I COULD TRUST HIM. AS TIME GOT CLOSE TO THE TRIAL DATE, MY PLAN WAS TO PREPARE A DEFENSE AND WHEN THE 15TH CAME, I WAS

GOING TO EXPLAIN EVERYTHING TO "GUILLAUME". ON OCTOBER 13, 2017 AROUND 5-7 AM "LT. HARCUM" CAME TO MY CELL AND SEIZED EVERY PIECE OF PAPER THERE. I HAD WELL OVER 200 PAGES AND A COMPOSITION NOTEBOOK THAT I USED TO WRITE (1) THINGS I LEARNED FROM THE LAW COMPUTER (2) A LIST OF WITNESSES THAT WERE WILLING TO TESTIFY ON MY BEHALF AND (3) EVERYTHING I WAS GOING TO TESTIFY ABOUT. I HAD WRITING PADS THAT I USED TO TAKE NOTES DURING MEETINGS WITH COUNSEL, MAIL FROM FAMILY, CASE LAW THAT WAS SENT TO ME BECAUSE THE LAW ROOM HAD NO PRINTER, LETTERS FROM COUNSELS, THE JENCKS SUMMARY, AND A HALF FINISHED TRIAL DEFENSE. IN THE FOUR DAYS SINCE THE OCTOBER 8TH MEETING WITH "GUILLAUME" I WAS ABLE TO REVIEW ALL MY RAW MATERIALS, (INCLUDING INVESTIGATIVE NOTES) AND PREPARED IMPEACHMENT QUESTIONS, PLACES I WAS DURING ALLEGED DRUG TRANSACTIONS AND DATES I WAS OUT OF TOWN OR IN THE HOSPITAL. MY MATERIALS WERE OF UTMOST IMPORTANCE BECAUSE IT CONTAINED OUTSIDE FACTUAL KNOWLEDGE OF THE CASE THAT I WASN'T ABLE TO SEEK BECAUSE OF MY DETENTION. I EXPLAINED TO "LT. HARCUM" THAT I HAD TRIAL IN 3 DAYS AND I NEEDED MY DOCUMENTS BACK. WHEN OCTOBER 15TH CAME "GUILLAUME" AND "KAHAN" CAME TO SEE ME AND INSTEAD OF GOING OVER WHAT MY DEFENSE WAS GOING TO BE, "GUILLAUME" AND "KAHAN" BOTH BECAME BELLIGERENT WITH ME AND WE ALL ARGUED WITH EACH OTHER ABOUT WHAT I SAID TO "SCOTT" ON THE OCTOBER 8TH JAIL CALL. I EXPLAINED TO "GUILLAUME" (1) I SAID NOTHING WRONG ON THAT JAIL CALL (2) THAT I NEEDED MY THINGS FOR TRIAL AND (3) THAT I BEEN DOING THE THINGS HE'S BEING PAID TO DO AND I LEFT. I WAS TOLD BY "HARCUM" THAT MY DOCUMENTS WERE TURNED OVER TO THE U.S MARSHAL'S SERVICE. ON OCTOBER 20TH I FILED AN INMATE COMPLAINT WITH C.D.F AND SOMETIME AFTER NOVEMBER 20TH I GOT A REPLY FROM "LT. PETTUS". BETWEEN JANUARY-FEBRUARY OF 2018 "OFFICER MS. T KEARNEY" CAME TO MY UNIT AND GAVE ME A BAG THAT HAD THE MISSING DOCUMENTS IN IT. WHEN I ASKED "KEARNEY" WHO GAVE YOU THIS, SHE SAID "OFFICER P. KAMATU". I ASKED "KAMATU WHO GAVE YOU THIS, HE SAID "INTELLIGENCE LT. RIZER.

THE ABOVE STATEMENTS ARE MADE UNDER THE PENALTY OF PERJURY PURSUANT TO 28 U.S.C 1746 ON THIS 12TH DAY OF SEPTEMBER 2020.

*/s/ Amber Shapple/*